Al Lustgarten, Bar # 189503  
Lustgarten Law  
30851 Agoura Rd # 114  
Agoura Hills, Ca 91301  
Phone; 818-907-5866   Fax 818-461-5959  
Attorney for Plaintiff

UNITED STATES DISTRICT COURT  
FOR THE CENTRAL DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC, )  
    Plaintiff,   vs. )  
    ) Case No.: 2:13-CV-09618-WDK-PLA  
AUGUSTIN ANTONIO VENTURA, et al, )  
    ) **RENEWAL OF JUDGMENT BY CLERK**  
    Defendant, )

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant, Augustin Antonio Ventura aka Tim Ventura,, an individual and d/b/a Nuestro Acajutla.com entered on October 2, 2014, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

    a. Total judgment      $ 24,800.00  
    b. Costs and fees after judgment      $ 4,342.19  
    c. Subtotal *(add a and b)*      **$ 29,142.19**  
    d. Credits      $ 0.00  
    e. Subtotal *(subtract d from c)*      **$ 29,142.19**  
    f. Interest after judgment (.11%)      $ 211.68  
    g. Fee for filing renewal of application      $ 0.00  
    h. Total renewed judgment (add e, f and g)    **$ 29,353.87**

Dated: __June 04, 2024__      CLERK, by Deputy _____  
                                  Brian D. Karth, Clerk of Court